■ The People of the State of New York, Respondent, v Romulo Antunez, Appellant. [37 NYS3d 876]—Judgment, Supreme Court, New York County (Bruce Allen, J.), rendered December 19, 2012, convicting defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the third degree, and sentencing him to a term of 45 days, unanimously affirmed.

Where, despite his prior expression of dissatisfaction with counsel, defendant expressly stated that he did not wish to withdraw his guilty plea and that he wanted his attorney to continue to represent him at sentencing, defendant abandoned any claims to the contrary (see People v Ragin, 136 AD3d 426 [1st Dept 2016], lv denied 27 NY3d 1074 [2016]), and the court had no reason to assign new counsel sua sponte. In any event, the record establishes the voluntariness of the plea and the absence of good cause for reassignment of counsel. Concur—Friedman, J.P., Andrias, Richter, Gische and Kahn, JJ.